DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
dcoyle@downeybrand.com
JAMES C. PAUL (Bar No. 182104)
jpaul@downeybrand.com
MONICA S. HANS (Bar No. 227379)
mhans@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
Official Unsecured Creditors Committee of City of
Vallejo Retirees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>In re: City of Vallejo, California,<br><br>　　　　Debtor. | District Court Case Number<br>No.  2:10-CV-02286-GEB |
| Official Unsecured Creditors Committee of City of Vallejo Retirees,<br><br>　　　　Appellant,<br><br>vs.<br><br>City of Vallejo, California<br><br>　　　　Appellee. | Bankruptcy Court Case Number<br>No.  2008-26813<br><br>Chapter 9<br><br>Adversary Proceeding Number<br>No. 2010-02136<br><br>ORDER DISMISSING APPEAL |

　　　　Pursuant to the Stipulation by the parties for an Order dismissing the appeal filed by Appellant on August 23, 2010,

　　　　IT IS HEREBY ORDERED that the appeal filed by Appellant on August 23, 2010 with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California, together with Appellant's separate, written election to have the appeal heard by the district court, and thereafter transferred to the U.S. District Court for the Eastern District of California and assigned District Court Case No. 2:10-cv-02286 GEB on August 24, 2010, is dismissed.  Each

side to bear its own fees and costs related to this appeal and dismissal.

**Date:  9/9/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge